# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| **SCOTT H. KAMINER,** | )<br>)<br>) Case No. 3:16-cv-789-JFA |
| **Plaintiff,** | ) |
| v. | )<br>) **ORDER FOR STAY** |
| **HARTFORD LIFE AND ACCIDENT INSURANCE COMANY,** | )<br>)<br>) |
| **Defendant.** | )<br>) |

Pursuant to their joint motion (ECF No. 11) and with good cause shown, this Court hereby orders that:

1. This action be and is hereby stayed until **October 1, 2016** to permit Hartford to complete its administrative review of Plaintiff's claim for LTD benefits;

2. Plaintiff and Defendant are stayed from taking any further action in this litigation until **October 1, 2016;**

3. Hartford will notify the Court of its determination no later than five (5) days following its final determination of Plaintiff's claim;

4. If Hartford's final determination is an adverse determination, it will answer or otherwise respond to Plaintiff's Complaint within ten (10) days of such notification, at which time the litigation will proceed in normal course; and

5. The Stay will expire and the litigation in this matter will continue upon the filing of Hartford's Answer or other response to Plaintiff's Complaint.

**IT IS SO ORDERED.**

May 12, 2016
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge